**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MCKENZIE LYONS, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CHIEF JEFF NEWTON, individually and in his official capacity as Chief of the Great Falls Police Department, OFFICER TRAVIS PALMER, individually and in his capacity as an Officer of the Great Falls Police Department, CITY OF GREAT FALLS, MONTANA, by and through the City of Great Falls Police Department, and John Does 1-10.<br><br>      Defendants. | CV-21-121-GF-BMM<br><br>**ORDER** |

  The Court held a telephonic status conference on December 14, 2021, pursuant to a request by Defendant City of Great Falls. Brian Miller appeared on

behalf of Plaintiff McKenzie Lyons. Harlan Krough appeared on behalf of Defendant Chief Jeff Newton. Marcel Quinn and Todd Hammer appeared on behalf of Defendant Officer Travis Palmer. Tracey Neighbor Johnson and Natoshia Jones appeared on behalf of Defendant City of Great Falls.

**IT IS ORDERED:**

1. The entire docket shall be unsealed.

2. The parties shall submit simultaneous briefs by January 7, 2022, regarding this Court's jurisdiction to grant injunctive relief. The briefs shall not exceed 20 pages in length.

3. A status conference will by held by ZOOM on January 13, 2022 at 2:30 p.m. The Clerk of Court will contact the parties with the ZOOM information.

4. Any changes in the status of Defendant Officer Travis Palmer's administrative duties shall be reported to the Court immediately. The changes must be documented in a status report that describes Defendant Travis Palmer's new duties and any changes to previous duties.

5. Defendant Officer Travis Palmer shall submit a status report by December 17, 2021, regarding whether he would voluntarily agree to have his counselor inform the parties of any concerns.

Dated the 16th day of December, 2021.

_____

Brian Morris, Chief District Judge
United States District Court