# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

MCKENZIE LYONS, on behalf of herself
and all others similarly situated,

              Plaintiff,

   vs.

CHIEF JEFF NEWTON, individually and
in his official capacity as a Chief of the
Great Falls Police Department, OFFICER
TRAVIS PALMER, individually and in his
capacity as an Officer of the Great Falls
Police Department, CITY OF GREAT
FALLS, MONTANA, by and through the
City of Great Falls Police Department, and
John Does 1-10,

              Defendants.

**CV-21-121-GF-BMM**

**ORDER**

Defendants have filed a Joint Motion to Continue the January 13, 2022

Zoom Status Conference or Clarify the Subject Matter of the Zoom Conference

(Doc. 23). The status conference will remain scheduled for Thursday, January 13,

2022, at 1:30 P.M. This Court clarifies that it intends to receive arguments about its

jurisdiction and authority to grant injunctive relief. It does not intend to hear witness testimony at this time.

Dated the 12th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court