IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MCKENZIE LYONS, on behalf of herself and all similarly-situated individuals,<br><br>        Plaintiff,<br><br>  v.<br><br>CHIEF JEFF NEWTON, individually and in his official capacity a Chief of the Great Falls Police Department, OFFICER TRAVIS PALMER, individually and in his capacity as an Officer of the Great Falls Police Department, CITY OF GREAT FALLS, MONTANA, by and through the City of Great Falls Police Department, and John Does 1-10,<br><br>        Defendants. | Case No. 4:21-cv-00121-BMM<br><br>**Order** |

    Plaintiff has moved the Court for a one week extension of time to respond to Defendants' Motion for Dismissal (Doc. 43). Having read Plaintiff's motion, there being no objection from Defendant, and finding good cause therefor,

    IT IS HEREBY ORDERED that Plaintiff's response brief to Defendant Travis Palmer's Motion for Dismissal shall be filed on or before **Wednesday, February 9th, 2022.**

DATED this 1st day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court