# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MCKENZIE LYONS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHIEF JEFF NEWTON, individually and in his official capacity as Chief of the Great Falls Police Department, OFFICER TRAVIS PALMER, individually and in his capacity as an Officer of the Great Falls Police Department, CITY OF GREAT FALLS, MONTANA, by and through the City of Great Falls Police Department, and John Does 1-10,<br><br>Defendants. | Cause No. CV-21-121-GF-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE FINAL PRETRIAL CONFERENCE** |

_____

Upon the filing of an Unopposed Motion to Reschedule Final Pretrial Conference, and good cause appearing,

IT IS HEREBY ORDERED that the Final Pretrial Conference presently scheduled for November 20, 2023, at 1:30 p.m., shall be vacated and rescheduled for November 7, 2023 at 1:30 p.m. at the Federal Courthouse, Great Falls, Montana.

DATED this 18th day of October, 2023.

_____
Brian Morris, Chief District Judge
United States District Court