IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| McKENZIE LYONS, on behalf of herself and all others similarly-situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHIEF JEFF NEWTON, individually and in his official capacity as a Chief of the Great Falls Police Department, OFFICER TRAVIS PALMER, individually and in his capacity as an Officer of the Great Falls Police Department, CITY OF GREAT FALLS, MONTANA, by and through the City of Great Falls Police Department, and John Does 1-10,<br><br>　　　　　　　Defendants. | Cause No. CV-21-121-GF-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Pursuant to written Stipulation by and between the parties hereto, through their respective counsel, that the above-entitled action has been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED, that the above-entitled cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

Dated this  1st  day of ____December____, 2023.

_____
Brian Morris, Chief District Judge
United States District Court